# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN - 2 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Merced Zamora               Case Number: 0980 1:16CR02041-LRS-1
                                                          0980 2:14CR00148-LRS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Wapato, Washington 98951

Name of Sentencing Judicial Officer: The Honorable Clarence A. Brimmer, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: November 10, 2005

| | |
|---|---|
| Original Offense: | (16CR02041-LRS-1) Conspiracy to Possess with Intent to Distribute, and to Distribute Methamphetamine, 21 U.S.C. § 841 (a)(1) and (b)(1)(B) and 846; (14CR00148-LRS-1) Escape from Federal Custody, 18 U.S.C. § 751(a) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 132 months; TSR - 60 months (16CR02041-LRS-1) | Type of Supervision: Supervised Release |
| | Prison - 12 months and 1 day; TSR - 36 months (14CR00148-LRS-1) | |
| Revocation Sentence: | Prison - 14 months; TSR - 46 months (16CR02041-LRS-1) | |
| | Prison - 14 months; TSR - 22 months (14CR00148-LRS-1) | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: May 23, 2017 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: March 22, 2021 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Zamora consumed cocaine on or about May 23 and 29, 2017, and June 2, 2017.

On May 26, 2017, Mr. Zamora reported to the United States Probation Office and admitted to consuming cocaine on or about May 23, 2017. A uranalysis (UA) sample was collected which yielded a presumptive positive for cocaine. Mr. Zamora signed a drug use admission form.

On May 30, 2017, Mr. Zamora reported to the United States Probation Office and a UA sample was collected which yielded a presumptive positive for cocaine. Mr. Zamora admitted to consuming cocaine on or about May 29, 2017 and signed a drug use admission form.

On June 2, 2017, Mr. Zamora reported to the United States Probation Office and a UA sample was collected which yielded a presumptive positive for cocaine. Mr. Zamora denied using cocaine since May 29, 2017. The sample was sent to a lab for confirmation.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: s/Jonathan Barcom

June 2, 2017

Jonathan Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/2/2017
Date