PROB 12C
(6/16)

Report Date: October 13, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Merced Zamora          Case Number: 0980 1:16CR02041-LRS-1 &
                                                                        0980 2:14CR00148-LRS-1

Address of Offender:                    Wapato, WA  98951

Name of Sentencing Judicial Officer: The Honorable Clarence A. Brimmer, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: November 10, 2005

| | |
|---|---|
| Original Offense: | (16CR02041-LRS-1) Conspiracy to Possess with Intent to Distribute, and to Distribute Methamphetamine, 21 U.S.C. § 841 (a)(1) and (b)(1)(B) and 846;<br><br>(14CR00148-LRS-1) Escape from Federal Custody, 18 U.S.C. § 751(a) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 132 months;<br>TSR - 60 months<br>(16CR02041-LRS-1)<br><br>Prison - 12 months and 1 day;<br>TSR - 36 months<br>(14CR00148-LRS-1) | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 14 months;<br>TSR - 46 months<br>(16CR02041-LRS-1)<br><br>Prison - 14 months;<br>TSR - 22 months<br>(14CR00148-LRS-1) | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: May 23, 2017 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: March 22, 2021 |

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Prob12C
**Re: Zamora, Merced**
**October 13, 2017**
**Page 2**

| Violation Number | Nature of Noncompliance |
|---|---|

1      **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Zamora consumed methamphetamine, cocaine, and morphine on or about September 18, 2017.

        On September 15, 2017, Mr. Zamora's conditions of supervision were reviewed with him. He signed the conditions acknowledging an understanding of the conditions to include special condition number 16 as noted above.

        On September 18, 2017, Mr. Zamora reported to the United States Probation Office and provided a urinalysis sample which onsite tested presumptive positive for methamphetamine, cocaine, and morphine. Mr. Zamora admitted to using these substances and signed a drug use admission form.

2      **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Zamora consumed cocaine on or about October 7, 2017.

        On September 15, 2017, Mr. Zamora's conditions of supervision were reviewed with him. He signed the conditions acknowledging an understanding of the conditions to include special condition number 16 as noted above.

        On October 10, 2017, Mr. Zamora reported to the United States Probation Office. He admitted to using cocaine on or about October 7, 2017, and signed a drug use admission form. Mr. Zamora was instructed to report next to the probation office to be Friday, October 13, 2017. He failed to report as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    s/Jonathan Barcom
_____

10/13/2017
_____

Jonathan Barcom
U.S. Probation Officer

**Prob12C**
**Re: Zamora, Merced**
**October 13, 2017**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[xx]   The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

_____
Signature of Judicial Officer

10/13/2017
_____

Date