PROB 12C
(6/16)

Report Date: March 14, 2018

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 15 2018

SEAN F. McAVOY, CLERK
                    DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Merced Zamora            Case Number: 0980 1:16CR02041-LRS-1

Address of Offender:                 Wapato, Washington 98951

Name of Sentencing Judicial Officer: The Honorable Clarence A. Brimmer, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: November 10, 2005

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute, and to Distribute Methamphetamine, 21 U.S.C. § 841 (a)(1) and (b)(1)(B) and 846 | |
| Original Sentence: | Prison - 132 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentences: | | |
| 06/02/2016 | Prison - 14 months; TSR - 46 months | |
| 08/10/2017 | Prison - 3 months; TSR - 43 months | |
| 11/29/2017 | Prison - 3 months; TSR - 40 months | |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: February 6, 2018 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: June 5, 2021 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about February 26, 2017, Mr. Zamora consumed methamphetamine, cocaine, and morphine.

On February 9, 2018, Mr. Zamora's conditions of supervision were reviewed with him. He signed the conditions acknowledging an understanding of the conditions to include special condition number 4 as noted above.

On February 27, 2018, Mr. Zamora reported to the probation office as instructed. During this visit, he admitted to consuming methamphetamine, cocaine, and morphine on or about February 26, 2018. A urinalysis (UA) sample was collected which returned presumptive positive for these substances. Mr. Zamora signed a drug use admission form.

2    **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: On March 12, 2018, Mr. Zamora failed to report to the probation office as instructed.

On February 9, 2018, Mr. Zamora's conditions of supervision were reviewed with him. He signed the conditions acknowledging an understanding of the conditions to include standard condition number 2 as noted above.

On March 5, 2017, Mr. Zamora reported to the probation office as instructed. At the end of this visit he was instructed by the undersigned to report next on March 12, 2018, at 10 a.m. Mr. Zamora failed to report by 10 a.m. on March 12, 2018.

On March 12, 2018, the undersigned attempted to call Mr. Zamora and was unsuccessful in reaching him. Also on this date, the undersigned attempted to locate Mr. Zamora at his residence and was unsuccessful. The undersigned left a business card with instructions for Mr. Zamora to report to the probation office on March 13, 2018. He did not report as directed. Currently, Mr. Zamora's whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 14, 2018

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

Prob12C
Re: Zamora, Merced
March 14, 2018
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/15/18
Date